UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD D. RIFE,

    Plaintiff,                                        Civil Action No. 10-cv-11175
                                                          HON. BERNARD A. FRIEDMAN
vs.                                                                    MAG. JUDGE CHARLES BINDER

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**MEMORANDUM OPINION AND ORDER**

        This matter is before the Court on Magistrate Judge Charles Binder's Report and Recommendation ("R&R") dated August 23, 2012. Neither plaintiff nor defendant has filed an objection to the R&R pursuant to FED R. CIV. P. 72(b)(2).

        This Court had an opportunity to fully review this matter and believes that the Magistrate Judge correctly recommended that the matter be remanded to the Commissioner for further proceedings. Accordingly,

        IT IS ORDERED that Magistrate Judge Charles Binder's Report and Recommendation dated August 23, 2012, is hereby accepted and adopted.

10-11175

       IT IS FURTHER ORDERED that the matter be remanded to the Commissioner for further proceedings.

Dated: September 14, 2012　　　　　　s/ Bernard A. Friedman_____
　　　　Detroit, Michigan　　　　　　　　BERNARD A. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE