UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD D. RIFE,

       Plaintiff,                      Civil Action No. 10-cv-11175
                                        HON. BERNARD A. FRIEDMAN
vs.                                          MAG. JUDGE CHARLES BINDER

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Charles Binder's Report and Recommendation ("R&R") dated August 23, 2012. Neither plaintiff nor defendant has filed an objection to the R&R pursuant to FED R. CIV. P. 72(b)(2).

This Court had an opportunity to fully review this matter and believes that the Magistrate Judge correctly recommended that the matter be remanded to the Commissioner for further proceedings. Accordingly,

IT IS ORDERED that Magistrate Judge Charles Binder's Report and Recommendation dated August 23, 2012, is hereby accepted and adopted.

1

10-11175

IT IS FURTHER ORDERED that the matter be remanded to the Commissioner for further proceedings.

Dated: September 14, 2012          s/ Bernard A. Friedman_____
       Detroit, Michigan                  BERNARD A. FRIEDMAN
                                      SENIOR UNITED STATES DISTRICT JUDGE